**James E. SIGLEY, Petitioner–
Appellant,**

v.

**Thomas MCBRIDE, Warden,
Respondent–Appellee.**

No. 03–6476.

United States Court of Appeals,
Fourth Circuit.

Submitted May 20, 2003.

Decided June 5, 2003.

James E. Sigley, Appellant Pro Se.
Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston,
West Virginia, for Appellee.

Before MOTZ, TRAXLER, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

James E. Sigley seeks to appeal the
district court's order denying relief on his
petition filed under 28 U.S.C. § 2254
(2000). An appeal may not be taken to
this court from the final order in a § 2254
proceeding unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2000). A certificate of
appealability will not issue absent "a sub-

stantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1040, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.), *cert. denied,* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have independently reviewed the record and conclude that Sigley has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*